IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| STATES OF NORH DAKOTA, ALASKA, ARIZONA, ARKANSAS, COLORADO, IDAHO, MISSOURI, MONTANA, NEBRASKA, NEVADA, SOUTH DAKOTA, and WYOMING; NEW MEXICO ENVIRONMENTAL DEPARTMENT; and NEW MEXICO STATE ENGINEER<br><br>Petitioners<br><br>v.<br><br>UNITED STATES ENVIROMENTAL PROTECTION AGENCY, et al.<br>Respondents | MOTION TO APPEAR PRO HAC VICE<br><br><br>Case No. 3:15-cv-00059-RRE-ARS |

Harriet M. Hageman, an attorney for the Wyoming Association of Conservation Districts moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| State of Residence: | Wyoming |
| Office/Firm Address: | Hageman Law, P.C.<br>222 E. 21st Street<br>Cheyenne, WY 82001 |
| Telephone Number (office): | (307) 635-4888 |
| E-mail Address (office): | hhageman@hagemanlaw.com |
| Legal Training: | Ms. Hageman has been practicing law for over 26 years. |
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | Wyoming, Nebraska, Colorado, and Michigan<br>U.S. District Court for the District of Wyoming<br>United States Supreme Court |
| Trial Experience: | Ms. Hageman has over 25 years of trial experience. |

| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None. |
|---|---|

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 12 day of August, 2015 .

Harriet M. Hageman

Hageman Law, P.C.
222 E. 21st Street
Cheyenne, WY 82001

(307) 635-4888