IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| STATE OF NORTH DAKOTA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | **MOTION TO APPEAR PRO HAC VICE**<br><br>Case No. 3:15-cv-00059-RRE-ARS |

Erik E. Petersen, an attorney for State of Wyoming moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| State of Residence: | Wyoming |
| Office/Firm Address: | Wyoming Attorney General's Office<br>2320 Capitol Ave.<br>Cheyenne, WY 82002 |
| Telephone Number (office): | (307) 777-3539 |
| E-mail Address (office): | erik.petersen@wyo.gov |
| Legal Training: | The George Washington University - J.D. |
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | State of Maryland (12/17/03), State of Massachussetts (2/11/04), State of Wyoming - Wyo Bar # 7-5608 (10/15/15), District of Columbia Bar - Bar # 489073 (9/10/04), USDC-WY (10/20/15), USDC-CO (2015), USCA-DC Circuit (2015), & USCA-10th Circuit (2015) |
| Trial Experience: | None |

| | |
|---|---|
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 26th day of April, 2016

Erik E. Petersen
Wyoming Attorney General's Office
2320 Capitol Ave.
Cheyenne, WY 82002

(307) 777-3539