# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of North Dakota, *et al.*, ) | |
| ) | **ORDER TO STAY** |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 3:15-cv-59 |
| ) | |
| U.S. Environmental Protection Agency, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

The Court held a status conference with the parties in the above-captioned action on April 21, 2020.  Doc. No. 313.  During the status conference, the parties mutually agreed that the Court should stay this action in all respects, including consideration of the pending motions, for sixty (60) days, in light of the Notice of Final Rule filed by Defendants on April 21, 2020.  Doc. No. 316.

For good cause shown, all proceedings in this case are hereby **STAYED** for a period of sixty (60) days from the date of this Order.  The parties shall also file a status report with the Court sixty (60) days from the date of this Order.  If an extension of the stay is warranted, the parties may inform the Court of the need for an extension in the status report.

**IT IS SO ORDERED**.

Dated this 23rd day of April, 2020.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court