UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

State of North Dakota, et al.

     v.                                                       Case No: 3:15-cv-59

U.S. Environmental Protection Agency, et al.

## CLERK'S MINUTES
Proceeding: Status Conference (via telephone)

| | | | |
|---|---|---|---|
| Presiding Judge: | Honorable Peter D. Welte | Date: | April 21, 2020 |
| Deputy Clerk: | Lori Haberer | Time: | 4:30 PM |
| Court Reporter/DR: | 04212020 nd v epa st conf | Recess: | 4:55 PM |
| Law Clerk: | none present | | |

| | | |
|---|---|---|
| Counsel for Plaintiffs: | North Dakota | Margaret Olson, Paul Seby, Jen Verleger, Wayne Stenehjem |
| | Arizona | Rusty Crandell |
| | Arkansas | Sarah Tacker |
| | Idaho | Mark Cecchini-Beaver |
| | Missouri | Julie Blake |
| | Montana | Melissa Schlichting |
| | Nebraska | Justin Lavene and Joshua Dethlefsen |
| | Nevada | Katie Armstrong |
| | South Dakota | Charlie McGuigan |
| | Wyoming | James Kaste |
| Counsel for Intervenor Plaintiffs: | Coalition of Arizona/New Mexico Counties for Stable Economic Growth | Tony Francois and Mollie Williams |
| | Kimberly Reynolds, Iowa | David Steward |
| Counsel for Defendants: | U.S. Army Corps of Engineers, U.S. Environmental Protection Agency, R.D. James, and Scott Pruitt | Sonya Shea and Hubert Lee |
| Counsel for Intervenor Defendants: | Sierra Club | Janette Brimmer |

Court calls case. Counsel note appearances.
Discussion regarding status of the case and plan to move forward. The parties agree and recommend waiting 60 days and then filing a status report.
The Court will stay the case for 60 days and ask parties to file a status report within 60 days; with good cause shown, the Court will entertain extending that to 90 days if requested.
Adjourned.