UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| STATE OF NORTH DAKOTA, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>　　Defendant. | Civil No. 3:15-cv-00059-PDW-ARS |

## PLAINTIFF STATES' STATUS REPORT

Plaintiff State of North Dakota, the other Plaintiff States[1], and Plaintiff-Intervenor, the Governor of the State of Iowa, Kimberly K. Reynolds (collectively, the "Plaintiff States"), respectfully submit this Status Report in response to this Court's June 24, 2020 Order staying this action and requiring a status report from Plaintiff States every 90 days.  ECF No. 325.  Plaintiff States respectfully request that the Court continue the stay of this action pending final resolution of litigation in multiple forums (the "Related Litigation") challenging the U.S. Environmental Protection Agency's and the U.S. Army Corps of Engineers' final rules entitled:

---

[1] Alaska, Arizona, Arkansas, Idaho, Missouri, Montana, Nebraska, Nevada, South Dakota, and Wyoming.

1

"Definition of Waters of the United States—Recodification of Pre-Existing Rules," 84 Fed. Reg. 56,626 (October 22, 2019) ("Recodification Rule"); and "Navigable Waters Protection Rule: Definition of 'Waters of the United States,'" 85 Fed. Reg. 22,250 (April 21, 2020) ("2020 WOTUS Rule").  The Related Litigation seeks, in various forms, to either: (1) vacate the Recodification Rule and the 2020 WOTUS Rule nationwide (and in some cases preliminarily enjoin the 2020 WOTUS Rule) and reinstate the 2015 WOTUS Rule that is the subject of this action; or (2) enjoin all or part of the Recodification Rule or 2020 WOTUS Rule.

## STATUS REPORT

Since this Court's Order granting the stay, the Related Litigation remains active, with no forum yet having reached a dispositive result:

1. Several cases challenging the Recodification Rule remain in abeyance, while dispositive briefing in cases challenging the 2020 WOTUS Rule continues in other forums.  See *South Carolina Coastal Conservation League, et al. v. Andrew R. Wheeler, et al.*, 2:19-cv-03006 (D. S.C. (Charleston Division)); *Pierce v. EPA*, 0:19-cv-2193 (D. Minn.); *Washington Cattlemen's Association v. United States Environmental Protection Agency, et al.*, 19-cv-00569 (W.D. Wash. (Seattle Division)) (only stayed as to claims over the Recodification Rule and 2015 WOTUS Rule, while claims against the 2020 WOTUS Rule are proceeding (*See*

ECF No. 86, Minute Order re parties' stipulated motion to stay certain claims (July 31, 2020))).

2. Many cases are continuing over challenges seeking to vacate or enjoin the 2020 WOTUS Rule (including those seeking to reinstate the 2015 WOTUS Rule at issue in this case), but briefing is not complete, and a merits ruling has not been issued in any forum. *See William Murray And June Omura v. Andrew Wheeler, et al.*, 19-cv-1498 (N.D. N.Y.); *New Mexico Cattle Growers' Association v. United States Environmental Protection Agency, et al.*, 19-cv-00988 (D. N.M.); *Washington Cattlemen's Association v. United States Environmental Protection Agency, et al.*, 19-cv-00569 (W.D. Wash. (Seattle Division)); *Chesapeake Bay Found., Inc. v. Wheeler*, 1:20-cv-1063 *consolidated with* 1:20-cv-1064 (D. Md. (N. Division)); *Conservation Law Foundation, et al. v. U.S. Environmental Protection Agency, et al.*, 20-cv-010820 (D. Mass.); *South Carolina Coastal Conservation League, et al. v. Andrew R. Wheeler, et al.*, 20-cv-01687 (D. S.C. (Charleston Division)); *States of California, New York, et al. v. Andrew Wheeler, et al.*, 20-cv-03005 (N.D. Cal.); *The State of Colorado v. U.S. Environmental Protection Agency, et al.*, 20-cv-01461 (D. Col.); *Oregon Cattlemen's Association v. United States Environmental Protection Agency, et al.*, 19-cv-00564 (D. Oreg. (Portland 3)); *Puget Soundkeeper v. EPA*, 2:20-cv-950 (W.D. Wash); *Pascua Yaqui Tribe v. EPA*, 4:20-cv-00266 (D. Ariz.). This includes additional challenges filed after

Plaintiff States' June 22, 2020 Motion to Extend Stay. *See Navajo Nation v. Wheeler*, 2:20-cv-00602, ECF No. 1 (D.N.M. June 22, 2020); *Envl. Integrity Project v. EPA*, 1:20-cv-01734, ECF No. 1 (D.D.C. June 25, 2020).

3. The 2020 WOTUS Rule remains enjoined in Colorado, although the order granting the preliminary injunction has been appealed and oral argument on the appeal is set for November 18, 2020. *See Colorado v. EPA*, at ECF No. 62 (Notice of Appeal, June 23, 2020); *State of Colorado v. EPA*, Case No. 20-1238 *consolidated with* Nos. 20-1262 & 20-1263, at Order No. 10771558, September 18, 2020 (10th Cir.).

4. The preliminary injunction motion in *Oregon Cattlemen's Association* case was denied on August 6, 2020. *See* ECF No. 108 (Minutes of Proceeding and Order (August 7, 2020)).

5. The preliminary injunction motions in the *Washington Cattlemen's Association* and *New Mexico Cattle Growers' Association* cases seeking to enjoin the 2020 WOTUS Rule are still pending.

## CONCLUSION

The Related Litigation, which is the basis for the current stay of this action, remains active and has not been resolved. Therefore, Plaintiff States respectfully request that this Court continue to STAY this case pending resolution of the

4

Related Litigation. Plaintiff States will provide an update to this Court in 90 days from the date of this Report on the status of the Related Litigation.

Dated: September 23, 2020                                     Respectfully submitted,

State of North Dakota
WAYNE STENEHJEM
Attorney General

/s/ Paul M. Seby
Paul M. Seby
Special Assistant Attorney General
Greenberg Traurig, LLP
1144 15th Street Suite 3300
Denver, CO 80202
Telephone: (303) 572-6584
sebyp@gtlaw.com

Jennifer L. Verleger
Margaret I. Olson
Assistant Attorneys General
Office of Attorney General
500 N. 9th Street
Bismarck, ND 58501
Phone: (701) 328-2925
wstenehjem@nd.gov
jverleger@nd.gov
maiolson@nd.gov

*Attorneys for Plaintiff State of North Dakota.*

State of Alaska
CLYDE "ED" SNIFFEN, JR.
Acting Attorney General

/s/ Jennifer Currie *(with permission)*
Jennifer Currie
Assistant Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5278
jennifer.currie@alaska.gov

*Attorneys for Plaintiff State of Alaska.*

5

State of Arizona
MARK BRNOVICH
Attorney General

*/s/ Rusty D. Crandell* *(with permission)*
Rusty D. Crandell
Deputy Solicitor General
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-2926
Telephone: (602) 542-8540
Rusty.Crandall@azag.gov

*Attorneys for Plaintiff State of Arizona.*

State of Arkansas
LESLIE RUTLEDGE
Attorney General

*/s/ Nicholas Bronni* *(with permission)*
Nicholas J. Bronni
Arkansas Solicitor General Arkansas
Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Telephone: (501) 682-6302
Facsimile: (501) 682-8118
nicholas.bronni@arkansasag.gov

*Attorneys for Plaintiff State of Arkansas.*

State of Idaho
LAWRENCE WASDEN
Attorney General

/s/ *Mark Cecchini-Beaver* *(with permission)*
Mark Cecchini-Beaver
Deputy Attorney General
Office of the Attorney General
Environmental Quality Section
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 373-0494
Facsimile: (208) 373-0481
Mark.Cecchini-Beaver@deq.idaho.gov
*Attorneys for Plaintiff State of Idaho.*

State of Iowa
KIMBERLY K. REYNOLDS
Governor of the State of Iowa

THOMAS J. MILLER
Attorney General of Iowa

/s/ *David S. Steward* *(with permission)*
DAVID S. STEWARD

JACOB J. LARSON
Assistant Attorneys General
Environmental Law Division
Hoover State Office Building
1305 E. Walnut Street, 2nd Fl.
Des Moines, Iowa 50319
Telephone: (515) 281-5164
Facsimile: (515) 281-6771
david.steward@ag.iowa.gov
jacob.larson@ag.iowa.gov

*Attorneys for Plaintiff-Intervenor, Kimberly K. Reynolds, Governor of the State of Iowa.*

State of Missouri
ERIC S. SCHMITT
Attorney General

*/s/ Julie M. Blake* *(with permission)*
Julie Marie Blake
Deputy Solicitor General
Counsel of Record for the State of Missouri
Office of the Missouri Attorney General
Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102
Telephone: (573) 751-3321
Facsimile: (573) 751-2203
Julie.Blake@ago.mo.gov

*Attorneys for Plaintiff State of Missouri*

State of Montana
TIM FOX
Attorney General

*/s/ Melissa Schlichting* *(with permission)*
Melissa Schlichting
Chief Deputy Attorney General
215 North Sanders
PO Box 201401
Helena, MT 59620-1401
Telephone: (406) 444-3602
mschlichting@mt.gov

*Attorneys for Plaintiff State of Montana.*

<div style="display: flex;">

<div>

State of Nebraska
DOUGLAS J. PETERSON
Attorney General

*/s/ Justin D. Lavene (with permission)*
Justin D. Lavene
Assistant Attorney General Dave Bydalek
Deputy Attorney General
2115 State Capitol Building
P.O. Box 98920
Lincoln, NE 68509-8920
Telephone: (402) 471-2682
Facsimile: (402) 471-3297
justin.lavene@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

</div>

<div>

State of Nevada
AARON FORD
Attorney General

*/s/ Kathryn Armstrong (with permission)*
Kathryn Armstrong
Deputy Attorney General
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701
Telephone: (775) 684-1224
Facsimile: (775) 684-1108
karmstrong@ag.nv.gov

*Attorneys for Plaintiff State of Nevada.*

</div>

</div>

| | |
|---|---|
| State of South Dakota<br>JASON R. RAVNSBORG<br>Attorney General<br><br>*/s/ Charles D. McGuigan* (with permission)<br>Charles McGuigan<br>Chief Deputy Attorney General<br>Office of the Attorney General<br>1302 E. Highway 14, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215<br>Facsimile: (605) 773-4106<br>Charles.McGuigan@state.sd.us<br><br>*Attorneys for Plaintiff State of South Dakota.* | State of Wyoming<br>BRIDGET HILL<br>Attorney General<br><br>RYAN SCHELHAAS<br>Chief Deputy Attorney General<br><br>*/s/ James C. Kaste (with permission)*<br>James C. Kaste<br>Senior Assistant Attorney General<br>Wyoming Attorney General's Office<br>2320 Capitol Avenue<br>Cheyenne, WY 82002<br>307-777-6946 (phone)<br>307-777-3542 (fax)<br>James.Kaste@wyo.gov<br><br>*Attorneys for Plaintiff State of Wyoming* |

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.

<div style="text-align:right">
<i>s/ Paul M. Seby</i><br>
Paul M. Seby
</div>